**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

GEORGIA OAK PARTNERS, LLC,

      Plaintiff/Counterclaim
Defendant,

v.

STONEHENGE PARTNERS, INC.,

      Defendant/Counterclaim
Plaintiff.

Civil Action File No.:
1:20-cv-01163-MHC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff Georgia Oak Partners, LLC ("Georgia Oak") and Defendant Stonehenge

Partners, Inc. ("Stonehenge") hereby stipulate and agree to the dismissal of this

action. All of Georgia Oak's claims are dismissed with prejudice, and all of

Stonehenge's counterclaims are dismissed with prejudice. Each party shall bear its

own attorneys' fees for this action.

So stipulated this 20th day of April, 2021.

/s/ Jeffrey H. Fisher
John P. Jett
Georgia Bar No. 827033
Jeffrey H. Fisher
Georgia Bar No. 981575
Brittany Herbert
Georgia Bar No. 230996

**KILPATRICK TOWNSEND &**
**STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jjett@kilpatricktownsend.com
jfisher@kilpatricktownsend.com
bherbert@kilpatricktownsend.com

*Counsel for Plaintiff*
*Georgia Oak Partners, LLC*

/s/ Kevin J. O'Brien
W. Ray Persons
Georgia Bar No. 573525
Thaddeus D. Wilson
Georgia Bar No. 596008
Kevin J. O'Brien
Georgia Bar No. 714849
Edward A. Bedard
Georgia Bar No. 926148

**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
rpersons@kslaw.com
thadwilson@kslaw.com
kobrien@kslaw.com
ebedard@kslaw.com

*Counsel for Defendant*
*Stonehenge Partners, Inc.*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document filed with the Clerk of Court

has been prepared in 14 point Times New Roman font, in accordance with Local

Rule 5.1(C).

Dated:

/s/ Jeffrey Fisher
Jeffrey Fisher

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on April 20, 2021, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

/s/ Jeffrey Fisher
Jeffrey Fisher